UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA          )
                                  )          Case No. 4:12-cr-5
v.                                )
                                  )          MATTICE / LEE
DOYLE KYLE NASH                   )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter [Doc. 152].  Neither party filed a timely objection to the report
and recommendation.  After reviewing the record, the Court agrees with the magistrate judge's report
and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation [Doc. 152] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)      Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
is **GRANTED**;

    (2)      Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

    (3)      Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
Indictment;

    (4)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, October, 15, 2012 at 9:00 a.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE
